Jacob J. Rivas, No. 208504
LAW OFFICE OF JACOB J. RIVAS
7050 N. Fresno Street, Suite 208
Fresno, CA 93720
Telephone: (559) 263-9667
Facsimile: (559) 263-9668
Email: jacob.rivas@att.net

Attorney for:  Jane Doe, Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Jane Doe, | Case No. 1:12 CV 1255 LJO GSA |
|---|---|
| Plaintiff, | **ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| City of Modesto, Modesto Police Department, and Lee F. Gaines, II | |
| Defendant. | |

The parties, having filed the Stipulation Permitting Plaintiff To File First Amended Complaint and Withdrawal of Defendants' Motion To Dismiss, and the Court having reviewed the same, the Court makes the following findings and Order.

1. Plaintiff filed a Complaint For Damages with this Court on August 1, 2012.

2. Defendants filed a Motion To Dismiss on August 31, 2012.

3. The parties met and conferred over Defendants' Motion To Dismiss and Plaintiff supplied Defendant with a copy of the proposed First Amended Complaint attached hereto.

4. In lieu of Plaintiff filing an Opposition and the Court issuing a ruling on such Motion To Dismiss, Plaintiff is permitted to file the First Amended Complaint attached hereto.

5. Upon filing of this Stipulation Permitting Plaintiff To File First Amended Complaint and the attached First Amended Complaint, Defendants' Motion To Dismiss is withdrawn.

6. Defendants shall have 21 days from the date the Order is filed by the Court in which to file an Answer to the First Amended Complaint.

IT IS SO ORDERED.

**Dated:   September 17, 2012**             /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE