1   Jacob J. Rivas, SBN 208504
    jacob.rivas@att.net
2   Law Offices of Jacob J. Rivas
    7050 N. Fresno Street, Ste. 208
3   Fresno, CA 93720
    Phone: (559) 263-9667
4   Fax: (559) 263-9668

5   Attorney for Plaintiff Jane Doe

6   Susan Alcala Wood, SBN 156366
    City Attorney
7   James Francis Wilson, SBN 107289
    Senior Deputy City Attorney
8   jwilson@modestogov.com
    Office of the City Attorney
9   City of Modesto
    1010 10th Street, Ste. 6300
10  P.O. Box 642
    Modesto, CA 95353
11  Phone: (209) 577-5284
    Fax: (209) 544-8260

12
    Attorneys for Defendants City of Modesto and Modesto Police Department
13
    Mark A. Jones, SBN 96494
14  mjones@jonesdyer.com
    Scott H. Cavanaugh, SBN 245261
15  scavanaugh@jonesdyer.com
    JONES & DYER
16  A Professional Corporation
    1800 J Street
17  Sacramento, California 95811
    Telephone:  (916) 552-5959
18  Fax: (916) 442-5959

19  Attorneys for Defendant Lee F. Gaines, II

20                  IN THE UNITED STATES DISTRICT COURT

21                  EASTERN DISTRICT OF CALIFORNIA
                              (Fresno Division)
22
    JANE DOE,                              )   NO.  1:12-CV-01255-LJO-GSA
23                                         )
                          Plaintiff,       )   STIPULATION AND ORDER TO STAY
24                                         )   CIVIL ACTION PENDING
    vs.                                    )   RESOLUTION OF CRIMINAL
25                                         )   PROCEEDINGS AND ORDER FOR
    LEE F. GAINES, II, MODESTO POLICE      )   STATUS REPORTS
26  DEPARTMENT AND CITY OF MODESTO and     )
    DOES 1 through 20, inclusive,          )
27                                         )
                          Defendants.      )
28  _____)

STIPULATION AND ORDER TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS

1

2

3       The parties, by and through their respective counsel of record, hereby stipulate that this action

4  be stayed pending resolution of criminal proceedings against defendant Lee F. Gaines, II, and request

5  that the court order the case stayed on the basis of the following circumstances:

6       1.       On August 1, 2012, plaintiff filed a complaint against the City of Modesto, the

7  Modesto Police Department and Police Officer Lee F. Gaines, II, alleging that on January 5, 2012,

8  Officer Gaines  unlawfully entered her residence, handcuffed her and sexually assaulted her.

9       2.       On September 17, 2012, plaintiff filed a first amended complaint alleging the same

10  set of facts and setting forth both state and federal claims against Officer Gaines as well as a *Monell*

11  claim against the City of Modesto and Modesto Police Department.

12       3.       On March 15, 2012, Gaines was indicted in the Superior Court of California, County

13  of Stanislaus on charges related to the alleged sexual battery of plaintiff.  The criminal proceedings

14  are in progress and ongoing.  The allegations in the criminal indictment arise from and are virtually

15  identical to the allegations in plaintiff's civil complaint filed herein.  A trial date in the criminal case

16  is likely to be set in the spring of 2013.

17       4.       On October 9, 2012, Gaines filed a Motion to Stay Civil Action Pending Resolution

18  of Criminal Proceedings (docket document 10), seeking a stay of the civil proceedings given that the

19  parallel criminal proceeding clearly implicates Gaines Fifth Amendment rights.  In addition, both

20  Gaines and the Modesto public entity defendants would be deprived of their opportunity to offer a

21  meaningful defense in the civil case should this matter go forward and Gaines continue to preserve

22  his right against self incrimination.

23       5.       In light of the ongoing criminal proceedings, and the fact that the criminal indictment

24  arises out of the identical facts upon which plaintiff bases her civil action, the parties, by and through

25  their respective counsel, stipulate that the civil proceedings herein be stayed pending the resolution

26  of the criminal proceedings against Gaines.  The parties stipulate that the hearing on Gaines' Motion

27  to Stay, presently set for hearing on December 7, 2012 at 9:30 a.m. in Courtroom 10 before

28  Magistrate Judge Gary S. Austin be vacated.

///

**STIPULATION AND ORDER TO STAY CIVIL ACTION PENDING RESOLUTION OF CRIMINAL PROCEEDINGS**

K:/LJO/To_Be_Signed/12cv1255.stay.glg.wpd

1   ///

2

3       6.      The parties further stipulate that the initial mandatory scheduling conference set for

4   January 9, 2013 at 9:30 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin be vacated and

5   reset as soon as practicable after the parties notify the court that the criminal proceedings have been

6   resolved.

7   Dated: November 7, 2012                          Law Offices of Jacob J. Rivas

8

9                                                    By:    /s/ Jacob J. Rivas
                                                            Jacob J. Rivas
10                                                          Attorney for Plaintiff Jane Doe

11

12  Dated: November 7, 2012                          Office of the City Attorney, City of Modesto

13

14                                                   By:    /s/ James F. Wilson
                                                            James F. Wilson
15                                                          Attorney for Defendants City of Modesto
                                                            and Modesto Police Department
16

17  Dated: November 7, 2012                          JONES & DYER

18

19                                                   By:    /s/ Mark A. Jones
                                                            Mark A. Jones
20                                                          Attorney for Defendant Lee F. Gaines, II.

21                                      **ORDER**

22          Based upon the stipulation of the parties, and good cause appearing therefor, all proceedings

23  in this matter are hereby stayed pending resolution of the County of Stanislaus' criminal proceedings

24  against defendant Lee F. Gaines, II.  The hearing on Defendant Gaines' Motion to Stay, presently set

25  for December 7, 2012 at 9:30 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin is

26  vacated.  The initial mandatory scheduling conference, set for January 9, 2013 at 9:30 a.m. in

27  Courtroom 10 before Magistrate Judge Gary S. Austin is also vacated.  The parties shall promptly

28  ///

    ///

1    ///

2

3

4    notify the court when the criminal proceedings have been resolved and the court will at that time

5    reschedule the initial scheduling conference as soon as practicable based upon the court's calendar.

6    **In addition, this Court ORDERS the parties, no later than April 18, 2013 and every 90 days**

7    **thereafter, to file joint status reports to address the need to continue stay of this action.**

8            IT IS SO ORDERED.

9    **Dated:    November 7, 2012                    /s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28